**2008-0061. Atelier Dist., LLC v. Parking Co. of Am., Inc.**
Franklin App. No. 07AP-87, 2007-Ohio-7138. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2008-0239. State v. Williams.**
Summit App. No. 22885. On January 30, 2008, Edward Williams filed a notice of appeal and memorandum in support of jurisdiction from a decision of the Court of Appeals for Summit County entered on December 20, 2006. S.Ct.Prac.R II(2)(A)(1)(a) requires a notice of appeal to be filed with the Supreme Court within 45 days from the entry of the judgment being appealed. In order to perfect an appeal from a decision entered on December 20, 2006, the notice of appeal and memorandum in support of jurisdiction must have been filed no later than February 5, 2007.

Accordingly, because this case was filed more than 45 days after the judgment being appealed, it is ordered that the documents filed in this case are sua sponte stricken and this appeal is dismissed.

# CASE ANNOUNCEMENTS

*February 12, 2008*

[Cite as *02/12/2008 Case Announcements*, 2008-Ohio-539.]

## MOTION AND PROCEDURAL RULINGS

**2008-0112. State ex rel. Madison v. Connors.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On February 6, 2008, the respondent filed a motion for summary judgment. S.Ct.Prac.R. X(5) states that neither party may file a motion for summary judgment. Accordingly, respondent's motion for summary judgment is stricken as prohibited by the Rules of Practice.

## MISCELLANEOUS DISMISSALS

**2008-0056. In re Contempt of Marshall.**
Cuyahoga App. No. 88780, 2007-Ohio-6639. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's emergency consideration for immediate stay of execution of judgment pending appeal,

It is ordered by the court that the emergency consideration for stay is denied.

It further appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due February 7, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007-2189. State ex rel. Shelly Co. v. Steigerwald.**
Franklin App. No. 06AP-596, 2007-Ohio-5343.